1    Mark A. Mancini, Esq.

2    Wasserman, Mancini, & Chang, P.C.

3    1915 I Street NW Suite 400

4    Washington, D.C. 20006

5    Email: WMCLAWFIRM@aol.com

6    Phone:  (202) 783-8905

7    Fax: (202) 333-1688

8    DC Bar# 194126

9

10                   **UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF COLUMBIA**

12

13

14   **Massoud KANANI**                  )   Case No.:

15   12707 Brightspring Way              )

16   Boyds, MD 20841                     )

17                                       )

18            Plaintiff,                 )

19       vs.                             )

20   **Michael Mukasey**, United States Attorney  )

21   General                             )   **PETITION FOR MANDAMUS**

22   U.S. Department of Justice          )

23   950 Pennsylvania Ave., NW           )

24   Washington, DC 20530-0001           )

25   _____            )

1    **Michael Chertoff**, Secretary of the Department )

2    of Homeland Security                              )

3    Office of the General Counsel                     )

4    US Department of Homeland Security                )

5    Washington, DC 20528                              )

6    **Emilio T. Gonzalez**, Director of United States )

7    Citizenship and Immigration Services              )

8    Office of the Chief Counsel                       )

9    U.S. Citizenship and Immigration Services         )

10   20 Massachusetts Ave, NW, Rm 4025                 )

11   Washington, DC 20529                              )

12   **Greg Collet,** Baltimore District Director,     )

13   United States Citizenship and Immigration         )

14   Services                                          )

15   Baltimore District Fallon Federal Building        )

16   31 Hopkins Plaza                                  )

17   Baltimore, MD 21201                               )

18   **Robert S. Mueller**, Director of Federal Bureau )

19   of Investigation                                  )

20   Federal Bureau of Investigation                   )

21   Office of the General Counsel                     )

22   935 Pennsylvania Avenue, N.W. Rm 7427             )

23   Washington, DC 20535                              )

24                   Defendants.                       )

25                                                     )

1

## I. INTRODUCTION

2     1.     This is a civil action brought by the Plaintiff, Massoud Kanani (Alien # 047012550), to

3   compel the Defendants and those acting under them to take action on a pending N-400, Applications for

4   Naturalization, filed by the Plaintiff.  The N-400 Application was filed on April 4, 2005 with the United

5   States Citizenship and Immigration Services ("USCIS") in accordance with current procedure and which

6   Defendants and those acting under them have failed to take timely action on.

7

8

## II. JURISDICTION AND VENUE

9     2.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal subject

10   matter jurisdiction) in conjunction with 28 U.S.C. § 1361 (mandamus), the Administrative Procedure Act

11   (APA) (5 U.S.C. §555(b)), and the Immigration & Nationality Act and regulations implementing it (Title

12   8 of the CFR).

13     3.     Under 28 U.S.C. § 1331, "(t)he district court shall have original jurisdiction of all civil

14   actions arising under the Constitution, laws, or treaties of the United States."  There is jurisdiction under

15   28 U.S.C. § 1331 because this action arises under 28 U.S.C. § 1361 (mandamus), the Administrative

16   Procedures Act (APA) (5 U.S.C. § 555(b) and 5 U.S.C. §702), and the Immigration & Nationality Act

17   ("INA") and regulations implementing it (Title 8 of the C.F.R.).

18     4.     Under 28 U.S.C. § 1361, "(t)he district courts shall have original jurisdiction of any

19   action in the nature of mandamus to compel an officer or employee of the United States or any agency

20   thereof to perform a duty owed to the plaintiff."

21     5.     The APA requires USCIS to carry out its duties within a reasonable time.  The provision

22   of the APA that provides this is 5 U.S.C. § 555(b), which states that, "(w)ith due regard for the

23   convenience and necessity of the parties or their representatives and within a reasonable time, each

24   agency shall proceed to conclude a matter presented to it."  As an administrative agency, USCIS is

25   subject to 5 U.S.C. § 555(b).  Plaintiff contends that the delay in processing his application for adjustment

of status is unreasonable.

6.      Both the regulations and the INA provide numerous examples of duties owed by the

USCIS in the adjustment of status process.  8 U.S.C. § 1103 states that "[t]he Attorney General *shall* be

charged with the administration and enforcement of this chapter and all other laws relating to the

immigration and naturalization of aliens." (emphasis added).  The Code of Federal Regulations further

provides that "[t]he applicant *shall* be notified of the decision of the Director, and if the application is

denied, the reasons for the denial."  8 C.F.R. § 245.2 (a)(5)(i) (emphasis added).  The language of the

statute and these regulations is mandatory, not discretionary, and requires the Defendants to adjudicate the

adjustment of status application.

7.      There are no administrative remedies available to the Plaintiff to redress the grievances

described herein.  This action challenges the failure of the Defendants to complete action on the

application and issue the decision due Plaintiff and does not challenge any discretionary act by the

Defendants.  This action does not challenge the granting or denial of individual applications.  Therefore,

the jurisdictional limitations of INA §242, 8 U.S.C. § 1252, do not apply.

8.      Venue lies in this Court under 28 U.S.C. § 1391(e), the venue statute applicable to civil

actions in which Defendants are officers of the United States acting in official capacities.  Venue is proper

under 28 U.S.C. § 1391(e) because the Defendants are either officers or employees of the United States

and are being sued in their official capacity.


### III. PARTIES

9.      The Plaintiff is a native and citizen of Iran.  The N-400 Application was filed on April 4,

2005 with the United States Citizenship and Immigration Services ("USCIS") in accordance with current

procedure. The Plaintiff's fingerprints were taken by USCIS on June 9, 2005 and again on December 1,

2007 to allow for necessary criminal and security clearances.  USCIS has taken no action on his

application despite the case having been filed almost three years ago.  Massoud Kanani is the proper

plaintiff for the Defendants' failure to act on his naturalization application.  The Defendants' inaction has

caused the Plaintiff profound injuries in denying him a final decision on his naturalization application

including, but not limited to the right to vote in the United States and the right to travel as a United States citizen.

10.     The Plaintiff resides in Montgomery county, Maryland and has complied with all requirements in order to become a United States citizen.

11.     Defendant Michael Mukasey's mailing address is, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. Defendant Michael Mukasey is the Attorney General of the United States and this action is brought against him in his official capacity. He is charged with administering certain background checks currently required by administrative practice in connection with an application for adjustment of status to permanent resident under § 245 of the INA.

12.     Defendant Michael Chertoff, according to regulation is to be served at the Office of General Counsel, USDHS, Washington, DC 20528. Defendant Michael Chertoff is the United States Secretary of Department of Homeland Security (DHS) and this action is brought against him in his official capacity. He is charged with, among other things, "[a]ll authorities and functions of the Department of Homeland Security to administer and enforce the immigration laws." 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

13.     Defendant Emilio T. Gonzalez's mailing address is District Director, USCIS, 20 Massachusetts Ave, NW, Rm 4025 Washington, DC 20529. Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. He is being sued in his official capacity. Defendant Director administers the immigration laws on behalf of the Secretary for Homeland Security and the DHS throughout the United States. 8 C.F.R. § 100.2(a).

14.     Defendant Greg Collet's mailing address is Fallon Federal Building 31 Hopkins Plaza Baltimore, MD 21201. Defendant Greg Collet is the District Director of the United States Citizenship and Immigration Services, Baltimore office and is charged supervisory authority over all operations of the

USCIS within his District with certain specific exceptions not relevant here. 8 C.F.R. § 100.2(d)(2)(ii). He is being sued in his official capacity.

15.    Defendant Robert S. Mueller, III's mailing address is Director, Federal Bureau of Investigations, J. Edgar Hoover Building, 935 Pennsylvania Ave, NW, Washington DC 20535-0001. Defendant Robert S. Mueller is the Director of Federal Bureau of Investigation (FBI) the law enforcement agency charged with processing security checks for the Plaintiff.  8 C.F.R. § 335.2(b). He is being sued in his official capacity.

## IV.  STATEMENT OF FACTS

16.    The Plaintiff, Massoud Kanani, is a native and citizen of the Islamic Republic of Iran. He was born on January 27, 1936.

17.    On April 4, 2005, the Plaintiff filed his Form N-400, Applications for Naturalization, respectively with required documentation at the Vermont Service Center of the USCIS in accordance withal applicable federal regulations.  The Vermont Service Center is charged with completing data entry and other aspects of the application and scheduling the matter for hearing at the appropriate district office of USCIS, in this case the Baltimore District Office.

18.    On June 9, 2005 and December 1, 2007, the Plaintiff's fingerprints were taken by USCIS to allow for necessary criminal and security clearances.  Pursuant to 8 C.F.R. § 312.1, 312.2, 312.3, each applicant for Naturalization shall be interviewed by an immigration officer.  However, on April 25, 2006, Michael Aytes, USCIS Acting Associate Director, Domestic Operations, issued a Memorandum stating, "[f]or purposes of judicial economy, we will promptly cease to even schedule any naturalization interviews until all background checks have been completed in a particular case. This will mean cases will not be scheduled for interview until we have both the results of the fingerprint check and the results of the separate FBI name check process."

19.    On March 6, 2006, the Plaintiff filed Form AR-11 change of address informing USCIS of his relocation from Charlotte, North Carolina to Boyds, Maryland.

20.    Over 1,092 days have passed since the initial filing and over 121 days have passed since the Plaintiff's fingerprints were taken and the USCIS has still refused to schedule the Plaintiff for his Naturalization Interview.

### IV.    REQUEST FOR RELIEF

### COUNT ONE

### (Unreasonable Delay)

21.    The Plaintiff hereby incorporates the information in paragraphs 1 through 20 above as though fully set forth herein.

22.    The Plaintiff has complied with all of the requirements for her application for naturalization.

23.    The Defendants have willfully and unreasonably delayed and have refused to adjudicate the application in violation of provisions of the INA and the APA.

24.    The delay in adjudicating the application is not attributable to the Plaintiff.

25.    The Defendants owe a duty to adjudicate the Plaintiff's naturalization application and have unreasonably failed to perform that duty.  This duty is owed under the INA, APA and regulations as well as by charging a filing fee. The proper payment of this fee created an obligation for USCIS to process and adjudicate the application.

26.    The delay is unreasonable per se.

27.    The delay is unreasonable in light of USCIS estimated processing times and press releases which claim improved processing times and increased efficiency and indicate applications like the Plaintiff's are currently being processed faster now than in prior years.

28.    The delay is unreasonable in light of the fact that USCIS has made no efforts to schedule the Plaintiff's naturalization interview, his case remains in indefinite administrative limbo.

29.    The delay is unreasonable in light of the fact that USCIS has failed to adequately respond to any of the Plaintiff's repeated inquiries into the status of his application.

30. By making numerous inquiries into the status of the application, the Plaintiff has exhausted any and all administrative remedies that may exist. No other remedy exists to resolve Defendants' delay and lack of ability or willingness to adjudicate the Plaintiff's application for naturalization.

## COUNT TWO

### (Equal Access to Justice Act)

31. The Plaintiff hereby incorporates the information in paragraphs 1 through 20 above as though fully set forth herein.

32. The Plaintiff seeks attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully prays this Honorable Court to:

1. Assume jurisdiction over this matter;

2. Compel the Defendants and those acting under them to perform their duty and complete processing of and schedule a naturalization interview for the Plaintiff's application for naturalization immediately;

3. Award the Plaintiff's counsel reasonable attorney's fees and costs; and

4. Grant such other and further relief as may be just and proper.

Dated: March 27, 2008

Respectfully submitted,

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Massoud KANANI

**EXHIBIT LIST**

Exhibit 1.     Plaintiff's Receipt Notice for Application for Naturalization (Form I-797C)

Exhibit 2.     Fingerprint Notification dated June 9, 2005 with Biometrics Processing Stamp (Form I-797C)

Exhibit 3.     Fingerprint Notification dated December 1, 2007 with Biometrics Processing Stamp (Form I-797C)

Exhibit 4.     Memorandum from Michael Aytes dated April 25, 2006

Exhibit 5.     Current Processing Times for Baltimore, MD as of February 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2008, I delivered a true and accurate copy of the foregoing documents, Civil Action Cover Sheet and Complaint, to the opposing parties or counsel at the following addresses:

Michael Mukasey, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Michael Chertoff, Secretary of the Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

Greg Collet, Baltimore District Director of U.S. Citizenship and Immigration Services
Baltimore District Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

Robert S. Mueller III, Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm 7427
Washington, DC 20535

Jeffrey Taylor, United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20001

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Massoud Kanani | Michael Mukasey, U.S. Attorney General; Michael Chertoff, Secretary of Department of Homeland Security; Emilio T. Gonzalez, Director, US Citizenship and Immigration Services; Greg Collet, Baltimore District Director, USCIS; Robert S. Mueller, Director, Federal Bureau of Investigation |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Montgomery, MD<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)   District of Columbia<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Wasserman, Mancini and Chang, P.C.<br>1915 I (Eye) Street NW Suite 400<br>Washington, DC 20006<br>202-783-8905 | Jeffrey Taylor, United States Attorney's Office<br>US Attorney's Office for the District of Columbia<br>555 4th Street NW<br>Washington, DC 20001 |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

O 1 U.S. Government Plaintiff
O 3 Federal Question (U.S. Government Not a Party)
⊙ 2 U.S. Government Defendant
O 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | ⊙ 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | ⊙ 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| O A. Antitrust | O B. Personal Injury/ Malpractice | O C. Administrative Agency Review | O D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ⊙ E. General Civil (Other) | OR | O F. Pro Se General Civil |
|---|---|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| **G. Habeas Corpus/ 2255** | **H. Employment Discrimination** | **I. FOIA/PRIVACY ACT** | **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| **K. Labor/ERISA (non-employment)** | **L. Other Civil Rights (non-employment)** | **M. Contract** | **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities- Employment ☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Mandamus Petition 28 USC 1361-Failure to Act pursuant to APA 5 USC 555(b).

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 3 28/08   SIGNATURE OF ATTORNEY OF RECORD _____

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt | NOTICE DATE April 12, 2005 |
|---|---|

| CASE TYPE N400    Application For Naturalization | INS A# A████550 |
|---|---|

| APPLICATION NUMBER SSC*000850026 | RECEIVED DATE April 04, 2005 | PRIORITY DATE April 04, 2005 | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

MASSOUD KANANI
████████████████
RALEIGH NC 27614

**PAYMENT INFORMATION:**

| Single Application Fee: | $390.00 |
|---|---|
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:    ████, 1936
Address Where You Live:    ████████
RALEIGH NC 27614

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 730 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
P. O. BOX 851488
MESQUITE TX 78185-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

SSC$000818807



# EXHIBIT 2

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| Fingerprint Notification | | | NOTICE DATE<br>May 02, 2005 |
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A ████ 550 |
| APPLICATION NUMBER<br>SSC*000850026 | RECEIVED DATE<br>April 04, 2005 | PRIORITY DATE<br>April 04, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MASSOUD KANANI
████████████
RALEIGH NC 27614

ASC SITE CODE:        X A D
BIOMETRICS QA REVIEW BY:
                              ON
TENPRINT QA REVIEW BY:
                              ON

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS CHARLOTTE<br>4801 CHASTAIN AVE.<br>SUITE 175, BUILDING 10<br>CHARLOTTE NC 28217 | 06/09/2005<br>09:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon      ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS CHARLOTTE
4801 CHASTAIN AVE.
SUITE 175, BUILDING 10
CHARLOTTE NC 28217

If you have any questions regarding this notice, please call 1-800-375-5283.          APPLICANT COPY

APPLICATION NUMBER
SSC*000850026

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

# EXHIBIT 3

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>November 14, 2007 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | USCIS A#<br>A ████ 550 |
| APPLICATION NUMBER<br>SSC*000850026 | RECEIVED DATE<br>April 04, 2005 | PRIORITY DATE<br>April 04, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MASSOUD KANANI

BOYDS MD  20841

DEC 0 1 2007

Your fingerprint card (FD-258) on file with the U.S. Citizenship and Immigration Services (USCIS) has expired. In order for the USCIS to continue processing your application, it will be necessary to have your fingerprints re-taken. This will be completed at no additional expense to you. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

| APPLICATION SUPPORT CENTER<br>CIS GLENMONT<br>12331 GEORGIA AVE.<br>GLENMONT PLAZA, SUITE C<br>WHEATON MD 209063646 | DATE AND TIME OF APPOINTMENT<br>12/01/2007<br>02:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS GLENMONT
12331 GEORGIA AVE.
GLENMONT PLAZA, SUITE C
WHEATON MD 209063646

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
SSC*000850026

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

# EXHIBIT 4

U.S. Department of Homeland Security
20 Massachusetts Avenue, NW
Washington, D.C. 20529



U.S. Citizenship
and Immigration
Services

# Interoffice Memorandum

TO:     Regional Directors
        Service Center Directors
        District Directors, Including Overseas
        Asylum Office Directors
        Fraud Detection Unit Chiefs
        National Benefits Center Director

FROM:   Michael Aytes
        Acting Associate Director, Domestic Operations

DATE:   APR 2 5 2006

SUBJECT:  Background Checks and Naturalization Interview Scheduling

As you know, consistent with our regulations, USCIS has not been scheduling naturalization interviews until we receive the results of the fingerprint checks that we conduct with the FBI, which we normally receive within a few days after the applicant appears for fingerprinting. We do not approve a naturalization application without first resolving all background checks concerning the applicant. For purposes of judicial economy, we will promptly cease even to schedule any naturalization interviews until all background checks have been completed in a particular case. This will mean cases will not be scheduled for interview until we have both the results of the fingerprint check and the results of the separate FBI name check process.

The FBI name check is another background check normally used in naturalization cases. 82% of FBI name checks are resolved within a few weeks. 99% are resolved within six more months. Unfortunately, the FBI name check in the remaining cases can sometimes take months and in rare instances years to resolve.

Naturalization adjudications are subject to a unique law, Section 336(b) of the Immigration and Nationality Act. That law allows an applicant to bring a lawsuit in federal court and allows the court to take over jurisdiction of the case if USCIS has not adjudicated the case within 120 days from when the examination was conducted. Thus, applicants in less than 1% of cases awaiting an FBI name check by that point have sometimes sought to bring such a lawsuit.

Not surprisingly, even when such lawsuits are brought, courts have not been approving the naturalization applications of applicants whose background checks have not been resolved. A few courts facing four-year old cases have given USCIS and FBI a deadline within which to complete the check, but the government has been able to complete the process within the court ordered deadline.

Subject Name:  Background Checks and Naturalization Interview Scheduling
Page 2

USCIS is steadily reducing its processing backlog toward a six months average processing time for naturalization cases.  As USCIS has, due to your hard work and accomplishments, made progress in backlog reduction, a disparity has grown between USCIS normal processing time and the time it takes the FBI to complete its records check on the less than 1% of cases that require special FBI attention.

The applicants affected by those delays from the FBI name check process have increasingly begun to file lawsuits asking federal courts to decide naturalization cases that are not yet ripe for review because the background checks are not yet completed and resolved.  USCIS will vigorously defend those lawsuits and is confident courts will not make decisions that frustrate national security.

Meanwhile, USCIS will begin imposing restraints on its processes to prevent the scheduling of a naturalization interview until all background checks, including the FBI name check, are completed.  A priority information technology service request has been submitted to the OCIO's office to impose this block on interview scheduling.

While this will not necessarily eliminate mandamus actions, it will eliminate attempts to shift cases to the court before they are ripe for adjudication.  USCIS also continues to work with the FBI to seek shorter times for FBI name checks.

This change in procedures will only affect naturalization interviews.  It will take effect when the needed systems change is made, and will be prospective only.  As soon as possible you will be notified when that change will take effect.  When implemented, this change will clearly result in a temporary decrease in the number of cases available for scheduling, so field managers will need to begin to plan to use the resources not needed for these interviews on continued cases and other work.

Cc:    General Counsel
       International Operations
       National Security and Records Verification

# EXHIBIT 5



Search 
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## Baltimore MD Processing Dates
## Posted February 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 14-16 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I… know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Baltimore MD** Posted February 15, 2008

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | November 17, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | May 15, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | October 26, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | October 26, 2007 |
| I-765 | Application for Employment Authorization | November 30, 2007 |
| N-400 | Application for Naturalization | May 08, 2007 |
| N-600 | Application for Certification of Citizenship | November 17, 2007 |