Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Massoud Kanani** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 1:08-cv-00532 |
| | ) |
| **Michael Mukasey**, et. al | ) |
| | ) |
| Defendants | ) |
| | ) |

## RETURN OF SERVICE

I served the following documents:

> Summons
> Complaint and Attachments (exhibits 1 – 5)

By:         Certified Mail, restricted delivery – green card attached.

On:         Michael Chertoff, Department of Homeland Security

Date of Service:   April 10, 2008

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Mark A. Mancini, Esq.

5/13/08

Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Massoud Kanani

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Massoud Kanani

**SUMMONS IN A CIVIL CASE**

V.

Michael Mukasey, et al.

Case: 1:08-cv-00532
Assigned To : Kennedy, Henry H.
Assign. Date : 3/28/2008
Description: General Civil

CA

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of the Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I (Eye) Street NW Suite 400
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____ 60 (Sixty) _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAR 28 2008

CLERK

DATE

(By) DEPUTY CLERK

7007 1490 0004 3387 4627

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff, Secretary DHS
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery   APR 1 0 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
   (Transfer from service label)          7007 1490 0004 3387 4627

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Massoud Kanani** | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Case No.: 1:08-cv-00532 |
| | ) |
| **Michael Mukasey**, et. al | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

### RETURN OF SERVICE

I served the following documents:

    Summons
    Complaint and Attachments (exhibits 1 – 5)

By:          Certified Mail, restricted delivery – green card attached; Track and Confirm from website

On:          Emilio Gonzalez, Director of USCIS

Date of Service:    April 3, 2008

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

                               Mark A. Mancini, Esq.

                               5/13/08

                               Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Massoud Kanani

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Massoud Kanani

**SUMMONS IN A CIVIL CASE**

V.

Michael Mukasey, et al.

CASE

Case: 1:08-cv-00532
Assigned To : Kennedy, Henry H.
Assign. Date : 3/28/2008
Description: General Civil

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I (Eye) Street NW Suite 400
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____ 60 (Sixty) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAR 2 8 2008

CLERK

DATE

(By) DEPUTY CLERK

**7007 1490 0004 3387 4597**

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Emilio T. Gonzalez, Director of USCIS<br>Office of the Chief Counsel<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Ave, NW, Rm 4025<br>Washington, DC 20529 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 1490 0004 3387 4597 |

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0004 3387 4597**
Detailed Results:

- **Delivered, April 03, 2008, 10:57 am, WASHINGTON, DC 20022**
- **Arrival at Unit, April 03, 2008, 7:06 am, WASHINGTON, DC 20022**

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )          ( Return to USPS.com Home > )                    ( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---



Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Massoud Kanani** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 1:08-cv-00532 |
| | ) |
| **Michael Mukasey**, et. al | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

### RETURN OF SERVICE

I served the following documents:

     Summons
     Complaint and Attachments (exhibits 1 – 5)

By:     Certified Mail, restricted delivery – green card attached; Track and Confirm from website

On:     Jeffrey Taylor, United States Attorney

Date of Service:  April 7, 2008

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____
Mark A. Mancini, Esq.

5/13/08
_____
Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Massoud Kanani

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Massoud Kanani

**SUMMONS IN A CIVIL CASE**

V.

Michael Mukasey, et al.

CA    Case: 1:08-cv-00532
Assigned To : Kennedy, Henry H.
Assign. Date : 3/28/2008
Description: General Civil

TO: (Name and address of Defendant)

Jeffrey Taylor, United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I (Eye) Street NW Suite 400
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____ 60 (Sixty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 2 8 2008

CLERK                                      DATE

_Maureen J Kigins_

(By) DEPUTY CLERK

7006 0100 0003 7092 9262

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Taylor, United States Attorney
US Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel L Parker_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
APR 0 7 2008

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
(Transfer from service label)

7006 0100 0003 7092 9262

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Massoud Kanani** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:08-cv-00532 |
| **Michael Mukasey**, et. al | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### RETURN OF SERVICE

I served the following documents:

      Summons
      Complaint and Attachments (exhibits 1 – 5)

By:          Certified Mail, restricted delivery – green card attached; Track and Confirm from website

On:          Michael Mukasey, United States Attorney General

Date of Service:  April 2, 2008

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Mark A. Mancini, Esq.

5/13/08
Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Massoud Kanani

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Massoud Kanani

**SUMMONS IN A CIVIL CASE**

V.

Michael Mukasey, et al.

Case: 1:08-cv-00532
C.   Assigned To : Kennedy, Henry H.
Assign. Date : 3/28/2008
Description: General Civil

TO: (Name and address of Defendant)

Michael Mukasey, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I (Eye) Street NW Suite 400
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____ **60 (Sixty)** ____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAR 2 8 2008

CLERK                                          DATE

(By) DEPUTY CLERK

7007 1490 0004 3387 4580

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006　　See Reverse for Instructions

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Daniel L Parks_ ☐ Agent ☐ Addressee <br> B. Received by ( Printed Name)　C. Date of Delivery <br> APR 0 2 2008 <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br><br> Michael Mukasey, United States Attorney General <br> U.S. Department of Justice <br> 950 Pennsylvania Ave., NW <br> Washington, DC 20530-0001 | 3. Service Type <br> ☐ Certified Mail　☐ Express Mail <br> ☑ Registered　☐ Return Receipt for Merchandise <br> ☐ Insured Mail　☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee) ☑ Yes |
| 2. Article Number <br> (Transfer from service label)　7007 1490 0004 3387 4580 | |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Massoud Kanani** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:08-cv-00532 |
| | ) | |
| **Michael Mukasey**, et. al | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

### RETURN OF SERVICE

I served the following documents:

     Summons
     Complaint and Attachments (exhibits 1 – 5)

By:         Certified Mail, restricted delivery – green card attached; Track and Confirm from website

On:         Greg Collet, Baltimore District Director of USCIS

Date of Service:  April 2, 2008

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Mark A. Mancini, Esq.

Date  5/13/06

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Massoud Kanani

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Massoud Kanani

**SUMMONS IN A CIVIL CASE**

V.

Michael Mukasey, et al.

Case: 1:08-cv-00532
Assigned To : Kennedy, Henry H.
Assign. Date : 3/28/2008
Description: General Civil

CASE NI

TO: (Name and address of Defendant)

Greg Collet, Baltimore District Director of U.S. Citizenship and Immigration Services
Baltimore District Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I (Eye) Street NW Suite 400
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____**60 (Sixty)**____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 2 8 2008

CLERK                                      DATE

(By) DEPUTY CLERK

7007 1490 0004 3387 4603

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Greg Collet, Baltimore District Director of U.S. Citizenship and Immigration Services
Baltimore District Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  P. Corley
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
APR 02 2008

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7007 1490 0004 3387 4603

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Massoud Kanani** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 1:08-cv-00532 |
| ) | |
| **Michael Mukasey**, et. al ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| _____ ) | |

## RETURN OF SERVICE

I served the following documents:

Summons
Complaint and Attachments (exhibits 1 – 5)

By:            Certified Mail, restricted delivery – Track and Confirm Results attached.

On:            Robert Mueller, Director of Federal Bureau of Investigation

Date of Service:  April 4, 2008

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.


Mark A. Mancini, Esq.

5/13/68
Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Massoud Kanani

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Massoud Kanani

**SUMMONS IN A CIVIL CASE**

V.

Michael Mukasey, et al.

CAS  Case: 1:08-cv-00532
Assigned To : Kennedy, Henry H.
Assign. Date : 3/28/2008
Description: General Civil

TO: (Name and address of Defendant)

Robert S. Mueller III, Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm 7427
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I (Eye) Street NW Suite 400
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____ 60 (Sixty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         MAR 2 8 2008

CLERK                        DATE

(By) DEPUTY CLERK

7007 1490 0004 3387 4610

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postmark Here

Sent To

Street, Apt. No; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions



Home | Help | Sign In

**Track & Confirm**          **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 1490 0004 3387 4610
Detailed Results:

- **Delivered, April 04, 2008, 4:43 am, WASHINGTON, DC 20535**
- **Notice Left, April 03, 2008, 9:52 am, WASHINGTON, DC 20535**
- **Arrival at Unit, April 03, 2008, 9:43 am, WASHINGTON, DC 20022**

( < *Back* )              ( *Return to USPS.com Home >* )

**Track & Confirm**

Enter Label/Receipt Number.

( *Go >* )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( *Go >* )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA