UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MASSOUD KANANI,** | ) |
| | ) |
| **Plaintiff,** | )   Case No. 1:08-cv-00532(HHK) |
| | ) |
| v. | ) |
| **MICHAEL MUKASEY,** | ) |
| **U.S. Attorney General, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

                                      Respectfully submitted,

                                      _____/s/_____
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      Phone: (202) 514-7198; Fax (202) 514-8780
                                      Robin.Meriweather2@usdoj.gov

                                      *Counsel for Defendants*