UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSOUD KANANI,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MUKASEY,<br>U.S. Attorney General, et al.,<br><br>Defendants. | Case No. 1:08-cv-00532(HHK) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

_____
MARK A. MANCINI, Esq.
D.C. BAR # 194126
WASSERMAN, MANCINI & CHANG
1915 I Street N.W.
Suite 400
Washington, DC 20006
(202) 783-8905
Fax: (202) 333-1688

*Counsel for Plaintiff*

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*